Lentchner *v.* Lentchner, Appellant.

Before Ross, J.

Argued November 16, 1974. *Sidney Baker,* with him *Krause & Baker,* for appellant; *Joseph D. Talarico,* with him *Dane Critchfield,* for appellee.

Order affirmed.

Nassick et al., Appellants, *v.* Nationwide Insurance Company.

Argued November 14, 1974. *James P. Gill,* with him *Edward O. Spotts,* and *Spotts, Gill and Morrow,* for appellant; *W. Ferry,* with him *Cosmos J. Reale,* for appellee.

Order affirmed.

Thomas Appeal.

Before Tamilia, J.

Argued November 15, 1974. *M. Levine,* with him *Ellis M. Saull* and *L. Dennis Revak,* for appellant; *Steven Zappala,* with him *James A. Esler,* for appellee.

Order affirmed.